AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America <br> v. <br> YAKI DOMAIN WALLACE <br> Date of Original Judgment: 11/16/2007 <br> Date of Previous Amended Judgment: 07/07/2008 <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 05-00267-004 <br> USM No: 09720-003 <br> Pro Se <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

A calculation of the guideline range under the Fair Sentencing act of 2010 results in the same base offense level which resulted in his current sentence. The multiple substances involved in calculating the base offense level results in a marijuana equivalency of 167.13 kilograms, yielding a base offense level of 26. No reduction of sentence is threfore warranted under the amendment.

Except as otherwise provided, all provisions of the judgment dated  07/07/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  01/11/2012                          /s/ Callie V. S. Granade
                                                                *Judge's signature*

Effective Date: _____                    United States District Judge
*(if different from order date)*                        *Printed name and title*